IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BAO PHONG HUU NGUYEN, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | No. 3:25-cv-01913-L (BT) |
| § | |
| KRISTI NOEM, et al., § | |
| § | |
| Respondents. § | |

## ORDER

The Court, having considered Petitioner's Unopposed Motion to Set Briefing Schedule Without Return of Executed Summons (ECF No. 7) and all applicable law, finds that the reasons set forth in the motion support the request and the motion is **GRANTED**.

Accordingly, the Court **ORDERS** as follows:

- The Court's July 25, 2025 Order (ECF No. 5) is **VACATED**;

- Respondents must file a notice of appearance in this action by **August 1, 2025.**

- Thereafter, Respondents must file a response to Petitioner's Emergency Motion for Temporary Restraining Order or Preliminary Injunction (ECF No. 2) by **August 8, 2025**.

- Petitioner may file a reply brief within **seven days** of the filing of Respondent's response.

SO ORDERED.

July 29, 2025.

_____
REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE

2