IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BAO PHONG HUU NGUYEN, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | No. 3:25-cv-01913-L (BT) |
| | § | |
| KRISTI NOEM, et al., | § | |
| | § | |
| Respondents. | § | |

# **ORDER**

Before the Court is Petitioner's Emergency Motion for Temporary Restraining Order (TRO) (ECF No. 2). Per the Court's July 29, 2025 Order (ECF No. 8), Respondents have filed their Response (ECF No. 11) and Petitioner his Reply (ECF No. 13).

To promote the aims of judicial efficiency, the Court is inclined to consolidate the pending TRO with the merits of Petitioner's habeas petition (ECF No. 1). Accordingly, by **September 1, 2025**, the parties shall submit a joint report that includes: (1) an indication as to whether the parties object to consolidation of the issues in this action; (2) a proposed briefing schedule to address the merits of Petitioner's habeas petition; (3) an update regarding the status of Petitioner's incarceration; and (4) any other matters relevant to the status or disposition of the case.

Additionally, the Court intends to unseal this case. In the event the parties have already filed sensitive information on the docket in this action, the joint status

report should also include a statement indicating whether the parties intend to file redacted documents—and, if so, whether or not such relief is opposed.

SO ORDERED.

August 25, 2025.

_____
REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE