IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BAO PHONG HUU NGUYEN, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | No. 3:25-cv-1913-L (BT) |
| § | |
| KRISTI NOEM, et al., § | |
| § | |
| Respondents. § | |

## ORDER

The Court, having considered Petitioner's Unopposed Motion for Leave to File Amended Documents and all applicable law, finds that the reasons set forth in the motion support the request and the motion is **GRANTED**. Respondents may file a consolidated Response to Petitioner's Amended Petition and TRO by October 24, 2025. And Petitioner may file a consolidated Reply, if at all, by November 7, 2025.

SO ORDERED.

October 3, 2025.

_____
REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE